The People of the State of New York, Respondent, v. Leonard Shinsky, Alias Frank Gerschinsky, True Name Leonard Gerschinsky, Appellant. The People of the State of New York, Respondent, v. Sylvie Todaro, Alias Sylvia Todaro, Appellant. The People of the State of New York, Respond-

ent, v. STEVE ROGALSKI, Alias STEPHEN ROGALSKI, True Name STEPHEN ROGALSKI, Appellant.— Judgment of the County Court of Kings county convicting each defendant of the crime of carrying a dangerous weapon, as a felony, and order denying defendants' motion to set aside the verdict and for a new trial, unanimously affirmed. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ.